**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
Atlanta

NOV 23 2005

_____, Clerk
By: _____ Deputy Clerk

SIAMAK DOWLATPANAH
Plaintiff

vs.

Wellstar Douglas Hospital
Defendant

1:05-CV-02752-WSD

## Amended TITLE VII COMPLAINT

1. Plaintiff resides at 177 Hunters Way Villa Rica GA 30180

2. Defendant(s) names(s) Wellstar Douglas Hospital

Location of principal office(s) of the named defendant(s) Wellstar Douglas Hospital 8954 Hospital Drive Douglasville, Georgia 30134

Nature of defendant(s) business Hospital, health care

Approximate number of individuals employed by defendant(s) 500 or more

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. ___X___ Termination of my employment.
   C. _____ Failure to promote me.
   D. _____ Other (Specifiy) _____

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. ___X___ not presently employed by the defendant. The dates of plaintiff's employment were APRIL 1998 — JAN 4, 2005
   The reasons plaintiff was given for termination of employment is/are:
   (1) ___X___ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. _____ my sex.
   D. ___X___ my national origin.
   E. _____ Other (specify) and RETALIATION

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Mr. Steven O Hilton    Site manager for wellstar Douglas Hospital
Mr. FRED DROMS    Department Head manager for All wellstar Hospitals (Respiratory Care departments only)

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

Eversince Mr. Steven O Hilton became the site manager for wellstar Douglas Hospital, he was very abusive and bias towards me. My promotions were passed on and he wrote me up for very insignificant reasons that other employees would laugh at. It got to a point that one day alone in his office and the Respiratory Care department with noone around he almost attacked me by standing (from moving behind his desk) between the door and me and shouting and pointing his finger in my face telling me to sit down and sign his write up, while I refused to sign and wanted to leave his office. This incident was too much and I complained to the Department head who was over all site managers Mrs. Terry Glaze, she investigated the incident and ruled that everytime that Mr. Steven O Hilton wanted to talk to me

She herself or somebody appointed by her had to be present and that solved the problem although every time Mr. Hilton had to talk to me he looked so embarrassed and humiliated because somebody had to be present so that he would not misbehave. As soon as Mrs. Terry Glaze resigned from her position and moved to another department, Mr. Steven Hilton started his abusive behavior again and got much worse. He started my last yearly evaluations for example in mid 2004 and with no one present told me that I was promoted to Resource the valist with 6% increase. But after 10 minutes he said, No you are not promoted and finally fired me.

9. The alleged illegal activity took place at WellStar Douglas Hospital 8954 Hospital Drive. Douglasville Georgia, 30134

10. A. _____ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

   B. _____ I have not filed a charge.

11. A. __X__ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on July 27, 2005 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

   B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

I want Wellstar to compensate me for all the pain and suffering they put me through (as well as my family). They even denied my of almost seven thousand dollars they owed me due to accumulated paid time off and sick time etc. Our insurance was cut off I could not find a job and took a job twice as far away and with at least 10 dollars less per hour salary (I am still at that job). I want wellstar to make it up to me all that the laws of the U.S.A. allows me to have. Thank you.

10/24/2005
Date

Siamak Dowlatpanah
Signature of Plaintiff

Address: 177 Hunters Way
Villa Rica GA 30180

Telephone: (770) 456-1898

In The United States District Court
For The Northern District of Georgia
Atlanta Division

Siamak Dowlatpanah

Plaintiff

vs.

Wellstar Douglas Hospital    Civil Action File No:
Defendant                    1:05-CV-02752-WSD

Certificate of service pursuant to USCR 5.2

This is to certify that I have this day 11/23/2005 served a copy of Amended Title VII Complaint to the defendant Wellstar Douglas Hospital.

Siamak Dowlatpanah

*[signature]*

11/23/2005